IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VICKY T. LAMARR                                                                      PLAINTIFF

V.                                                          CIVIL ACTION NO.: 1:07CV141-SA-JAD

CHASE HOME FINANCE, LLC and
CHASE MORTGAGE SERVICES, INC.                                              DEFENDANTS

## ORDER DENYING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1)   the Plaintiff's Motion to Remand [10] is **DENIED**.

(2)   The parties are instructed to contact the magistrate judge within 10 days of this Order to schedule a case management conference; and

(3)   the clerk is directed to lift the stay on this case.

**SO ORDERED**, this the 26th day of August 2008.

                                                                /s/ Sharion Aycock
                                                                **UNITED STATES DISTRICT JUDGE**