**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**VICKY T. LAMARR**                                                                       **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO.: 1:07CV141-SA-JAD**

**CHASE HOME FINANCE, LLC, and**
**CHASE MORTGAGE SERVICES, INC.**                             **DEFENDANTS**

### ORDER GRANTING COUNTER-PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTAND MOTION TO STRIKE

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1)    the Counter-Plaintiff Chase Home Finance, LLC's Motion for Default Judgment and Motion to Strike [17] is **GRANTED**.

(2)    A hearing for determination of damages and for entry of final default judgment is set for October 17, 2008.

**SO ORDERED**, this the 26th day of August 2008.

                                                                        **/s/ Sharion Aycock**
                                                                     **U. S. DISTRICT COURT JUDGE**